IDA WETTLAUFER, Appellant, *v.* WILLIAM WETTLAUFER, Respondent.

(Argued October 9, 1930; decided October 24, 1930.)

*Joseph Swart* and *James M. H. Wallace* for appellant.

*Frank S. Anderson* and *David Ruslander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.